IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINGO COLON MONTANEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HARRY EDWARD WILSON, et al. | : | NO. 07-1200 |

ORDER

      AND NOW, this 5th day of November, 2007, it is hereby ORDERED that:

      (1)  the August 30, 2007 Report and Recommendation of the Magistrate Judge is ADOPTED;

      (2)  the petition of Domingo Colon Montanez for relief under 28 U.S.C. § 2254 is DISMISSED; and

      (3)  no certificate of appealability is issued.

                                  BY THE COURT:


                                  /s/ Harvey Bartle III
                                                    C.J.